MADELINE M. DUCK et al., Respondents, *v.* ROBERT H. McGRATH et al., Defendants, and SARAH E. BERGEN et al., Appellants.

MADELINE M. DUCK et al., Respondents, *v.* ROBERT H. McGRATH et al., Defendants, and BROOKLYN TRUST COMPANY, as Trustee under the Will of LEFFERT L. BERGEN, Deceased, Appellant.

(Submitted December 7, 1914; decided December 15, 1914.)

MOTIONS to amend remittiturs. (See 212 N. Y. 600, 601.)

Motions denied, without costs, on the authority of *Cassidy & Son Mfg. Co.* v. *Sauer* (188 N. Y. 547).

---

CHARLOTTE PRIOR, as Administratrix of the Estate of ORLANDO PRIOR, Deceased, Respondent, *v.* THE HUNKIN-CONKEY CONSTRUCTION COMPANY, Appellant.

*Prior* v. *Hunkin-Conkey Construction Co.*, 155 App. Div. 880, affirmed.

(Argued November 30, 1914; decided December 18, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 11, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate, alleged to have been occasioned through the negligence of defendant, his employer.

*Theodore H. Lord* for appellant.

*S. Wallace Dempsey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J.; WERNER, HISCOCK, COLLIN, CUDDEBACK, MILLER and CARDOZO, JJ.